# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3524

_____

Suleiman A. Ibrahim,             *
                                    *

        Appellant,          *
                                    *   Appeal from the United States

      v.                    *   District Court for the
                                    *   Southern District of Iowa.

Metropolitan Transit Authority;   *
Jim Tishim; David Allsup,       *   [UNPUBLISHED]
                                    *

        Appellees.         *

_____

Submitted: January 5, 2007
Filed: January 12, 2007

_____

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Suleiman Ibrahim appeals from the district court's[1] order enforcing a settlement agreement between Ibrahim and Metropolitan Transit Authority, arguing that his attorney did not possess authority to enter into the settlement. Upon our careful review of the record, we hold that the district court did not clearly err in concluding that Ibrahim had granted his attorney authority to settle the case and that the

_____

[1]The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.

settlement agreement therefore bound Ibrahim. Accordingly, we affirm the district court's order enforcing the agreement. <u>See</u> 8th Cir. 47B.

_____